AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the

Eastern District of New York

| | |
|---|---|
| Bablu Husen, individually and on behalf of all other employees similarly situated,<br><br>*Plaintiff(s)*<br><br>v.<br><br>Sagar Food USA Inc d/b/a Sagar Chinese, Sagar Chinese, Inc. d/b/a Sagar Chinese, Shamiur Rahman, and Afruja Akter July, jointly and severally,<br><br>*Defendant(s)* | Civil Action No. 18cv6693 |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  Sagar Food USA Inc d/b/a Sagar Chinese
Sagar Chinese, Inc. d/b/a Sagar Chinese
Shamiur Rahman
Afruja Akter July
87-47 Homelawn Street
Jamaica, NY 11432

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:   Pardalis & Nohavicka, LLP,
950 3rd Avenue, Floor 25
New York, NY 10022

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.



DOUGLAS C. PALMER
*CLERK OF COURT*

Date: 11/27/2018    */s/ Priscilla Bowens*

*Signature of Clerk or Deputy Clerk*